**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
**CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B**

**TO BE COMPLETED BY ATTORNEY:**

**CASE NAME:** _____ v.

_____

**DOCKET NUMBER:** _____

**COUNSEL'S NAME:** _____

**COUNSEL'S ADDRESS:** _____

_____

**COUNSEL'S PHONE:** _____

**QUESTIONNAIRE**

___ I am ordering a transcript.

___ I am not ordering a transcript. Reason: ___ Daily copy available ___ U.S. Atty. placed order
___ Other (attach explanation)

**TRANSCRIPT ORDER**

Prepare transcript of

___ Pre-trial proceedings:_____
(Description & Dates)

___ Trial:_____
(Description & Dates)

___ Sentencing:_____
(Description & Dates)

___ Post-trial proceedings:_____
(Description & Dates)

I,_____, hereby certify that I will make satisfactory arrangements with
(counsel's name)

the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: ___Funds ___CJA Form 24

_____        _____
Counsel's Signature                                              Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

**ACKNOWLEDGMENT**

Date order received: _____        Estimated Number of Pages: _____

Estimated completion date: _____

_____        _____
Court Reporter's Signature                                        Date

**Attorney(s):** Send completed form to the U.S. District Court as that court may require and send copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.
**Court Reporter(s):** Send completed acknowledgement to the Court of Appeals Clerk.